WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
rjung@wrightlegal.net
*Attorneys for Plaintiff,*
*U.S. Bank Trust, N.A., As Trustee for LSF8 Master Participation Trust*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 1405 S NELLIS 1038; PACIFIC LEGENDS EAST CONDOMINIUM ASSOCIATES.; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01045-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO SATICOY BAY LLC SERIES 1405 S NELLIS 1038'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

COMES NOW, Plaintiff U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST ("U.S. BANK") and Defendant SATICOY BAY LLC SERIES 1405 S NELLIS 1038 ("SATICOY") (collectively, the "Parties"), and hereby stipulate and agree to the following:

1. On June 20, 2018, Defendant Saticoy Bay LLC Series 1405 S Nellis 1038 filed its Motion to Dismiss [Dkt 7]. Plaintiff's Opposition is due July 5, 2018, and Defendant Saticoy Bay LLC Series 1405 S Nellis 1038's Reply would be due on or before July 12, 2018.

2. The parties agree that the Deadlines should be extended by two weeks.

3. Accordingly, Plaintiff's Opposition to Defendant Saticoy Bay LLC Series 1405 S Nellis 1038's Motion to Dismiss [Dkt 7] will be due on or before July 19, 2018, and Saticoy Bay LLC Series 1405 S Nellis 1038's Reply would be due on or before July 26, 2018.

IT IS SO STIPULATED.

DATED this 2nd day of July, 2018.

| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. |
|---|---|
| /s/ Rock K. Jung, Esq. | /s/ Adam R. Trippiedi, Esq. |
| EDGAR C. SMITH, ESQ.<br>Nevada Bar No. 05506<br>E-Mail: esmith@wrightlegal.net<br>ROCK K. JUNG, ESQ.<br>Nevada Bar No. 10906<br>E-Mail: rjung@wrightlegal.net<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys For:*<br>*U.S. Bank Trust, N.A., As Trustee for LSF8 Master Participation Trust* | MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>E-Mail: mbohn@bohnlawfirm.com<br>ADAM R. TRIPPIEDI, ESQ..<br>Nevada Bar No. 12294<br>E-Mail: atrippiedi@bohnlawfirm.com<br>2260 Corporate Circle, Suite 480<br>Henderson, NV 89074<br>*Attorneys For: Saticoy Bay LLC Series 1405 S Nellis 1038* |

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE
Dated: July 2, 2018.