LIPSON NEILSON, P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Defendant Pacific Legends East Condominium Associates*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 1405 S NELLIS 1038; PACIFIC LEGENDS EAST CONDOMINIUM ASSOCIATES.; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-01045-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT PACIFIC LEGENDS EAST CONDOMINIUM ASSOCIATES TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust, by and through its counsel of record, WRIGHT, FINLAY & ZAK, LLP, Defendant Saticoy Bay LLC Series 1405 S Nellis 1038, by and through its counsel of record, LAW OFFICE OF MICHAEL F. BOHN, and Defendant Pacific Legends East Condominium Associates, by and through its counsel of record, LIPSON NEILSON P.C., that the time for PACIFIC LEGENDS EAST CONDOMINIUM ASSOCIATES to file and serve a response to Plaintiff's Complaint be extended through and including **July 26, 2018**.

\ \ \

\ \ \

LIPSON NEILSON, P.C.
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

Pursuant to Local Rule 6-1(b), the parties state that the reason for the extension is that issues existed in regards to insurance coverage for Pacific Legends East Condominium Associates which delayed the handling of the Summons and Complaint. Therefore, defense counsel was only recently retained on July 18, 2018, to represent Pacific Legends East Condominium Associates in this matter and requires more time to fully evaluate and respond to Plaintiff's Complaint.

The parties have entered into an agreement in good faith and not for purposes of delay. This is the parties' first request for an extension.

DATED this 24th day of July, 2018.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Rock K. Jung*
By:_____
    Edgar C. Smith, Esq.
    Nevada Bar No. 5506
    Rock K. Jung, Esq.
    Nevada Bar No. 10906
    7785 W. Sahara Ave., Suite 200
    Las Vegas, NV 89117
    (702) 475- 7964
    esmith@wrightlegal.net
    rjung@wrightlegal.net

*Attorneys for Plaintiff U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust*

DATED this 24th day of July, 2018.

LAW OFFICE OF MICHAEL F. BOHN

*/s/ Michael F. Bohn*
By:_____
    Michael F. Bohn
    Nevada Bar No. 1641
    2260 Corporate Circle, Suite 480
    Henderson, NV 89074
    702-642-3113
    mbohn@bohnlawfirm.com

*Attorney for Defendant Saticoy Bay LLC Series 1405 S Nellis 1038*

DATED this 24th day of July, 2018.

LIPSON NEILSON, P.C.

*/s/ J. William Ebert*
By:_____
    J. William Ebert, Esq.
    Nevada Bar No. 2697
    Karen Kao, Esq.
    Nevada Bar No. 14386
    9900 Covington Cross Drive, Suite 120
    Las Vegas, Nevada 89144
    (702) 382-1500 - Telephone
    bebert@lipsonneilson.com
    kkao@lipsonneilson.com

*Attorneys for Defendant Pacific Legends East Condominium Associates*

**ORDER**

Based on the foregoing stipulation of the parties,

IT IS SO ORDERED.

DATED: ___July 25_____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

LIPSON NEILSON P.C.

By: */s/ J. William Ebert*
_____
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive
Suite 120
Las Vegas, Nevada 89144
*Attorneys for Defendant Pacific Legends*
*East Condominium Associates*