1 MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
2 mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
3 Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
4 LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
5 2260 Corporate Circle, Suite 480
Henderson, NV 89074
6 (702) 642-3113/ (702) 642-9766 FAX

7 Attorneys for defendant Saticoy Bay LLC
Series 1405 S Nellis 1038

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC, SERIES 1405 S NELLIS 1038; PACIFIC LEGENDS EAST CONDOMINIUM ASSOCIATES; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-01045-APG-NJK |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY (First Request)**

IT IS STIPULATED AND AGREED by and between the plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust, by and through its attorney, Rock K. Jung, Esq., and defendant Saticoy Bay LLC Series 1405 S Nellis 1038, by and through its attorney Adam R. Trippiedi, Esq. as follows:

1. Defendant Saticoy Bay LLC Series 1405 S Nellis shall have until August 2, 2018 to file and serve its reply in support of defendant's Motion for Dismiss (ECF 7) filed on June 20, 2018;

2. This is the first extension to which the parties have sought regarding this motion. Defendant

1

seeks additional time due to the press of business as counsel has deadlines in this matter as well as other cases. This extension is not intended to delay these proceedings and granting defendant's request will not prejudice any party.

DATED this 26th day of July, 2018.

| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICES OF MICHAEL F. BOHN, ESQ. LTD. |
|---|---|
| By: /s/ /Rock K. Jung, Esq./<br>Edgar C. Smith, Esq.<br>Rock K. Jung, Esq.<br>7785 W. Sahara Ave, Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for plaintiff U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust* | By: /s/ /Adam R. Trippiedi, Esq. /<br>Michael F. Bohn, Esq.<br>Adam R. Trippiedi, Esq.<br>2260 Corporate Circle, Suite 480,<br>Henderson, Nevada 89074<br>*Attorney for defendant Saticoy Bay LLC Series 1405 S Nellis 1038* |

IT IS SO ORDERED this 27th day of July, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE