LIPSON NEILSON, P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Defendant Pacific Legends East Condominium Associates*

**EIGHTH JUDICIAL DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 1405 S NELLIS 1038; PACIFIC LEGENDS EAST CONDOMINIUM ASSOCIATES.; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-01045-AGP-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT PACIFIC LEGENDS EAST CONDOMINIUM ASSOCIATES TO FILE RESPONSE TO MOTION TO DISMISS**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust, by and through its counsel of record, WRIGHT, FINLAY & ZAK, LLP, Defendant Saticoy Bay LLC Series 1405 S Nellis 1038, by and through its counsel of record, LAW OFFICE OF MICHAEL F. BOHN, and Defendant Pacific Legends East Condominium Associates, by and through its counsel of record, LIPSON NEILSON P.C., that the time for Pacific Legends East Condominium Associates to filed and serve a Reply to Plaintiff's Opposition to HOA's Motion to Dismiss [ECF No. 25] be extended through and including August 23, 2018.

\ \ \

\ \ \

LIPSON NEILSON P.C.
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

The parties have entered into an agreement in good faith and not for purposes of delay. This is the parties' first request for an extension.

Date: 8/16/2018

WRIGHT, FINLAY & ZAK, LLP

*/s/ Edgar C. Smith*
By: _____
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 4 75- 7964; Fax: (702) 946-1345
esmith@wrightlegal.net
rjung@wrightlegal.net

*Attorneys for Plaintiff U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust*

Date: 8/16/2018

LAW OFFICE OF MICHAEL F. BOHN

*/s/ Adam R. Trippiedi*
By: _____
Michael F. Bohn
Nevada Bar No. 1641
Adam R. Trippiedi
Nevada Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, NV 89074
702-642-3113
Fax:  702 642-9766
mbohn@bohnlawfirm.com
atrippiedi@bohnlawfirm.com

*Attorneys for Defendant Saticoy Bay LLC Series 1405 S Nellis 1038*

Date: 8/16/18

LIPSON NEILSON, P.C.

*/s/ Karen Kao*
By: _____
J. William Ebert, Esq.
Nevada Bar No. 2697
Karen Kao, Esq.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Defendant Pacific Legends East Condominium Associates*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: August 17, 2018.