WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
rjung@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank Trust, National Association, as Trustee for LSF8 Master Participation Trust*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 1405 S NELLIS 1038; PACIFIC LEGENDS EAST CONDOMINIUM ASSOCIATES.; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01045-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINES** |

Plaintiff, U.S. Bank Trust, National Association, as Trustee for LSF8 Master Participation Trust (hereinafter "U.S. Bank" or "Plaintiff"); Defendant, Saticoy Bay LLC Series 1405 S. Nellis 1038 (hereinafter, "Saticoy Bay" or "Defendant") and Defendant, Pacific Legends East Condominium Associates, (hereinafter, "Pacific Legends East" or "HOA") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that the dispositive motion deadline should be continued for 30 days from January 16, 2019 to February 15, 2019, to permit the

1  Parties to continue settlement discussions in order to reach a global resolution of the above-
2  identified litigation and execute the necessary settlement documents, including but not limited to
3  a Stipulated Judgment.

4  IT IS HEREBY STIPULATED AND AGREED that if a global resolution is not reached
5  prior to the extended dispositive motion deadline, then the parties shall proceed with dispositive
6  motion practice.

7  IT IS HEREBY STIPULATED AND AGREED that the request for an extension of the
8  dispositive motion deadline is not intended to cause delay.

9  IT IS SO STIPULATED.

10 DATED this 10th day of January, 2019.           DATED this 10th day of January, 2019.

**WRIGHT, FINLAY & ZAK, LLP**                    **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.**

/s/ Rock K. Jung, Esq.                            /s/ Adam R. Trippiedi, Esq.
Rock K. Jung, Esq.                                Michael F. Bohn, Esq.
Nevada Bar No. 10906                              Nevada Bar. No. 1641
7785 W. Sahara Ave, Suite 200                     Adam R. Trippiedi, Esq.
Las Vegas, NV 89117                               atrippiedi@bohnlawfirm.com
rjung@wrightlegal.net                             Nevada Bar No. 12294
*Attorneys for Plaintiff, U.S. Bank Trust,*       2260 Corporate Circle, Suite 480
*National Association, as Trustee for LSF8*       Henderson, NV 89074
*Master Participation Trust*                      *Attorneys for Defendant*
                                                  *Saticoy Bay LLC Series 1405 S Nellis 1038*

DATED this 10th day of January, 2019.

                                                  IT IS SO ORDERED.
                                                  Dated:  January 14, 2019

**LIPSON, NEILSON, P.C.**

/s/ Karen Kao, Esq.                               _____
J. William Ebert, Esq.                            Nancy J. Koppe
Nevada Bar. No. 2697                              United States Magistrate Judge
Karen Kao, Esq.
Nevada Bar No. 14386
LIPSON NEILSON, P.C.