WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
rjung@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank Trust, National Association, as Trustee for LSF8 Master Participation Trust*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 1405 S NELLIS 1038; PACIFIC LEGENDS EAST CONDOMINIUM ASSOCIATES.; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01045-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINES**<br><br>**[SECOND REQUEST]** |

Plaintiff, U.S. Bank Trust, National Association, as Trustee for LSF8 Master Participation Trust (hereinafter "U.S. Bank" or "Plaintiff"); Defendant, Saticoy Bay LLC Series 1405 S. Nellis 1038 (hereinafter, "Saticoy Bay" or "Defendant") and Defendant, Pacific Legends East Condominium Associates, (hereinafter, "Pacific Legends East" or "HOA") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that the dispositive motion deadline should be continued for 30 days from February 15, 2019 to **March 15, 2019**, to permit the

Parties to continue settlement discussions in order to reach a global resolution of the above-identified litigation and execute the necessary settlement documents, including but not limited to a Stipulated Judgment.

IT IS HEREBY STIPULATED AND AGREED that if a global resolution is not reached prior to the extended dispositive motion deadline, then the parties shall proceed with dispositive motion practice.

IT IS HEREBY STIPULATED AND AGREED that this is the parties second request for an extension of the dispositive motion deadline is not intended to cause delay.

IT IS SO STIPULATED.

DATED this 13th day of February, 2019.                    DATED this 13th day of February, 2019.

**WRIGHT, FINLAY & ZAK, LLP**                              **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.**

/s/ *Rock K. Jung, Esq.*_____                       */s/ Adam R. Trippiedi, Esq.*_____
Rock K. Jung, Esq.                                         Michael F. Bohn, Esq.
Nevada Bar No. 10906                                       Nevada Bar. No. 1641
7785 W. Sahara Ave, Suite 200                              Adam R. Trippiedi, Esq.
Las Vegas, NV 89117                                        atrippiedi@bohnlawfirm.com
rjung@wrightlegal.net                                      Nevada Bar No. 12294
*Attorneys for Plaintiff, U.S. Bank Trust,*                2260 Corporate Circle, Suite 480
*National Association, as Trustee for LSF8*                Henderson, NV 89074
*Master Participation Trust*                               *Attorneys for Defendant*
                                                           *Saticoy Bay LLC Series 1405 S Nellis 1038*

DATED this 13th day of February, 2019.

**LIPSON, NEILSON, P.C.**

*/s/ Karen Kao, Esq.*_____
J. William Ebert, Esq.
Nevada Bar. No. 2697
Karen Kao, Esq.
Nevada Bar No. 14386
LIPSON NEILSON, P.C.

9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
kkao@lipsonneilson.com
*Attorneys for the Defendant*
*Pacific Legends East Condominium Associates*

**IT IS SO ORDERED.**

DATED: February 14 ___, 2019.

_____
United States Magistrate Judge

Respectfully Submitted by:
WRIGHT, FINLAY & ZAK, LLP

*/s/ Rock K. Jung, Esq.*
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank Trust,*
*National Association, as Trustee for*
*LSF8 Master Participation Trust*