WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
rjung@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank Trust, National Association, as Trustee for LSF8 Master Participation Trust*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 1405 S NELLIS 1038; PACIFIC LEGENDS EAST CONDOMINIUM ASSOCIATES.; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01045-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINES**<br><br>**[THIRD REQUEST]** |

Plaintiff, U.S. Bank Trust, National Association, as Trustee for LSF8 Master Participation Trust (hereinafter "U.S. Bank" or "Plaintiff") and Defendant, Pacific Legends East Condominium Associates, (hereinafter, "Pacific Legends East" or "HOA") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that the dispositive motion deadline should be continued for 30 days from April 15, 2019 to **May 15, 2019**, to permit the Parties to continue settlement discussions in order to reach a resolution of the above-identified litigation

and execute the necessary settlement documents, including but not limited to a Stipulated Judgment.

  IT IS HEREBY STIPULATED AND AGREED that if a resolution is not reached prior to the extended dispositive motion deadline, then the Parties shall proceed with dispositive motion practice.

  IT IS HEREBY STIPULATED AND AGREED that this is the Parties third request for an extension of the dispositive motion deadline is not intended to cause delay.

  IT IS SO STIPULATED.

DATED this ___ day of April, 2019.  DATED this ___ day of April, 2019.

**WRIGHT, FINLAY & ZAK, LLP**  **LIPSON, NEILSON, P.C.**

*/s/ Rock K. Jung, Esq.*
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
rjung@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank Trust, National Association, as Trustee for LSF8 Master Participation Trust*

*/s/ J. William Ebert, Esq.*
J. William Ebert, Esq.
Nevada Bar. No. 2697
Karen Kao, Esq.
kkao@lipsonneilson.com
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
*Attorneys for Defendant Pacific Legends East Condominium Associates*

  **IT IS SO ORDERED.**

  DATED this __15__ day of ___April___, 2019.

_____
UNITED STATES MAGISTRATE JUDGE