UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

U.S. BANK TRUST, N.A.,

    Plaintiff

v.

SATICOY BAY LLC SERIES 1405 S. NELLIS 1038 and PACIFIC LEGENDS EAST CONDOMINIUM ASSOCIATES,

    Defendants

Case No.: 2:18-cv-01045-APG-NJK

**Order for Status Report**

On February 25, 2019, I granted defendant Saticoy Bay LLC Series 1405 S. Nellis 1038's (Saticoy) motion to dismiss and granted in part defendant Pacific Legends East Condominium Association's (Pacific) motion to dismiss. ECF No. 38. Plaintiff U.S. Bank Trust, N.A. and Pacific thereafter agreed to extend the dispositive motion deadline to May 15, 2019. ECF No. 42. Saticoy did not join in the extension even though its counterclaim is still pending. ECF No. 37. On May 14, U.S. Bank Trust and Pacific notified the court they had reached a settlement. ECF No. 43. Since then, no action has been taken in this case.

IT IS THEREFORE ORDERED that on or before September 6, 2019, the parties shall either file a stipulation of dismissal on all remaining claims (including Saticoy's counterclaim) or a status report.

DATED this 13th day of August, 2019.

                                            ANDREW P. GORDON
                                            UNITED STATES DISTRICT JUDGE